# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHEOUS E. GORDON,<br><br>        Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY JAIL,<br><br>        Defendant.<br>_____/ | CASE NO. 1:11-cv-000216-OWW-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, AND DISMISSING ACTION, WITHOUT PREJUDICE TO REFILING WITH SUBMISSION OF $350.00 FILING FEE IN FULL<br><br>(ECF Nos. 1 and 2) |

      Plaintiff Alpheous E. Gordon, a prisoner proceeding pro se this civil rights action pursuant to 42 U.S.C. § 1983, filed a complaint on February 15, 2011. Plaintiff seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On February 15, 2011, the Magistrate Judge issued an order to show cause why Plaintiff's application to proceed in forma pauperis should not be denied. Plaintiff was given thirty days to respond. More than thirty days have passed and Plaintiff has failed file a response.

      Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff is subject to section 1915(g) and is precluded from proceeding in forma pauperis unless he is, at the time the complaint is filed,

1  under imminent danger of serious physical injury.[1]

2      The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the
3  imminent danger exception. Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007). Because
4  Plaintiff alleges no facts supporting a finding that he is under imminent danger of serious physical
5  injury, Plaintiff is ineligible to proceed in forma pauperis in this action.

6      Accordingly, it is HEREBY ORDERED that:

7      1.    Plaintiff's motion for leave to proceed in forma pauperis in this action is denied; and

8      2.    This action is dismissed, without prejudice, for refiling with the submission of the
9          $350.00 filing fee in full.

10 IT IS SO ORDERED.

11 **Dated:   March 28, 2011**          /s/ Oliver W. Wanger
                                                              UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of Gordon v. Fresno County Jail, No. 1:07-cv-01480-OWW-MJS (dismissed September 23, 2009, for failure to state a claim); Owen v. Fresno County Jail, No. 1:07-cv-01555-LJO-GSA (dismissed August 7, 2009, for failure to state a claim, court records indicate that Plaintiff is also known as Orville Owen); and Gordon v. P.S.I., No. 1:09-cv-00228-OWW (dismissed February 11, 2009, as frivolous).